## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. 05-582 |
| v. | : | CIVIL NO. 09-675 |
| | : | |
| CHRISTOPHER DENMARK | : | |

### ORDER

**AND NOW**, this _____ day of August 2009, upon consideration of Petitioner, Christopher Denmark's, Motion to Vacate, Set Aside or Correct Sentence (Doc. No. 80), and the Response in opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that Petitioner's Motion for Appointment of Counsel and an Evidentiary Hearing (Doc. No. 87) is **DENIED**.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
ROBERT F. KELLY
SENIOR JUDGE